IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYAND LEE BAYNARD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT ATTORNEY LAZARD PINEDA,** | : | **NO. 15-5865** |
| et al. | : | |

## ORDER

AND NOW, this 2nd day of November, 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

**WENDY BEETLESTONE, J.**

11/2 copy to pro se